UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS TEMPLETON,<br><br>               Plaintiff,<br><br>    v.<br><br>THE BISHOP OF CHARLESTON,<br><br>               Defendant. | Case No. MC20-0083RSL<br><br>ORDER |

On October 15, 2020, defendant The Bishop of Charleston filed a motion to quash subpoenae issued to a third-party in connection with litigation pending in the United States District Court for the District of South Carolina. Dkt. # 1. Plaintiff Chris Templeton has filed an opposition to the motion. Dkt. # 4. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 26th day of October, 2020.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER