UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS TEMPLETON,<br><br>      Plaintiff,<br><br>v.<br><br>THE BISHOP OF CHARLESTON, a Corporation Sole,<br><br>      Defendant. | NO.  2:20-cv-01578-MJP<br><br>DEFENDANT'S REPLY IN SUPPORT OF MOTION TO QUASH DEPOSITION SUBPOENA AND SUBPOENA FOR PRODUCTION OF DOCUMENTS<br><br>**Noted for Consideration:**<br>**October 30, 2020** |

  Defendant submits this reply in support of its Motion to Quash the subpoena for deposition testimony and production of documents that was served on Fr. Tim Watters.  As before, Fr. Watters has no information regarding Templeton's claims, nor any information regarding the accused priest, Fr. Raymond DuMouchel.  Likewise, Fr. Watters has no information regarding the priest of the Diocese of Savannah, Georgia, Wayland Yoder Brown.  Fr. Watters has no documents that are responsive to the subpoena.  (See Declaration of Fr. Tim Watters.)  In short, Fr. Watters will not be able to testify regarding any fact that is relevant to

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO QUASH DEPOSITION SUBPOENA AND SUBPOENA FOR PRODUCTION OF DOCUMENTS - 1
(Case No. 2:20-cv-01578-MJP)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Templeton's claims or allegations that he was molested by Fr. Raymond DuMouchel – who died in 2006.  Rather, as Templeton's brief crystallizes – counsel desires to question Fr. Watters about alleged internal non-public discussions that may have occurred in the early 1980s between the Bishop (who himself died in 1993)[1] and the Judicial Vicar of the Diocese and a member of the Bishop's *curia*.

The Diocese has not waived the First Amendment protections afforded to the internal deliberative process of the Bishop and his advisors.[2]  As the Fourth Circuit held in *Rayburn v. Gen. Conf. of Seventh-Day Adventists*[3], the Establishment Clause insulates matters of church administration and government from interference and manipulation by civil courts – and this includes the discovery process.[4]  The First Amendment bars civil courts from becoming entangled with religion by "probing the mind of the church."  Thus Fr. Watters' consultations with his Bishop on matters that were important to the Church are not properly the subject of discovery.

The Supreme Court has repeatedly granted religious organizations broad protections

---

[1] It should be noted that the late-Bishop Ernest Unterkoeffler was initially named as a defendant "in his official capacity."  The District Court dismissed him on the Diocese's Rule 12(b)(6) motion.

[2] Templeton's reliance on Pope Francis' 2019 decree *Vos Estis Lux Mundi* as constituting a blanket waiver of First Amendment freedoms and assertions of privilege is woefully misplaced, and that is not what the document says at all.  Nevertheless, civil courts may not entangle themselves in Church affairs by imposing their own interpretation to canonical documents.

[3] *Rayburn*, 772 F.2d 1164 (4th Cir. 1985).  *See also Hosanna-Tabor Evangelical Lutheran Church & Sch. v. EEOC*, 565 U.S. 171 (2012);  *EEOC v. Catholic Univ. of Amer.*, 83 F.3d 455 (D.C.Cir. 1996);  *Phillips v. Marist Soc'y*, 80 F.3d 274 (8th Cir. 1996)(First Amendment prohibits secular courts from interpreting canon law and intruding on ecclesiastical affairs).

---

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO QUASH DEPOSITION SUBPOENA AND SUBPOENA FOR PRODUCTION OF DOCUMENTS - 2
(Case No. 2:20-cv-01578-MJP)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

against government infringement of their religious liberties and prohibiting coercive government entanglement in matters of ecclesiastical governance.[5]  Among these inviolable liberties are the right of an organization to control its governance and administration.[6]  Internal church deliberations and decision-making – including the deliberations of a bishop and his advisors – are protected under the First Amendment.[7]  The very process of inquiry into the internal deliberations of a church violates the Constitution.[8]

Additionally, Fr. Watters is a canon lawyer – he has advanced degrees in canon law and holds a *Juris Cononici Licentiate*.  Any canon lawyer must have completed the degree program and curriculum determined by the Vatican (a sovereign nation) at an institution approved by the Vatican.  The Tribunal over which the Judicial Vicar presides is the ecclesiastical court of the Diocese and provides canonical legal advice to the Bishop.  The Judicial Vicar oversees matters of ecclesiastical discipline and advises the Bishop on disciplinary matters.  The Catholic canon law system is the oldest functioning legal system in the Western World dating back centuries.  Both the common law tradition of attorney-client privilege and South Carolina Code § 19-11-90 afford protection for communications such as those between deceased Bishop Unterkoefler and his Judicial Vicar, Fr. Watters.

---

[5] *See Watson v. Jones*, 13 Wall. 670, 727 (1872); *Serbian Eastern Orthodox Diocese v. Milivojevich*, 426 U.S. 696 (1976); *Kedroff v. St. Nicholas Cathedral of Russian Orthodox Church in N. Am.*, 344 U.S. 94, 119 (1952).
[6] *Serbian Eastern Orthodox Diocese* 426 U.S. at 698,  721; *Hosanna-Tabor*, 565 U.S. at 171. *See also Cannata v. Catholic Diocese of Austin* 700 F.3d 169, 172 (5th Cir. 2012)(Church autonomy protects the ability of religious organizations to govern themselves free from state interference).
[7] *See e.g. Bryce v. Episcopal Church in the Diocese of Colo.*, 289 F.3d 648, 658 (10th Cir. 2002).
[8] *Little v. Wuerl*, 929 F.2d 944, 949 (3d Cir. 1991)

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO QUASH DEPOSITION SUBPOENA AND SUBPOENA FOR PRODUCTION OF DOCUMENTS - 3
(Case No. 2:20-cv-01578-MJP)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  Bishops frequently rely on their Judicial Vicars for advice on canonical and ecclesiastical
2  matters. The Judicial Vicar is also tasked with keeping abreast of developments in canon law
3  and advising the Bishop on matters of church government. Additionally, the *curia* on which Fr.
4  Watters sat, is the circle of close advisors to the Bishop on matters affecting governance and
5  operations of the Diocese on a broad spectrum of matters that are important to the Church.

6  Unaddressed by Templeton's brief is the fact that Fr. Watters is subject to a very broad
7  agreement of confidentiality. The agreement likely will preclude testimony by him regarding the
8  information sought by the plaintiff.

9  For the foregoing reasons, Plaintiff Templeton's subpoena for deposition testimony and
10 production of documents should be quashed, and Plaintiff should be prohibited from obtaining
11 any such testimony.

12
    DATED this 30th day of October, 2020.
13
                                        CHRISTIE LAW GROUP, PLLC
14
                                        By      /s/ Robert L. Christie
15                                         ROBERT L. CHRISTIE, WSBA #10895
                                           2100 Westlake Avenue N., Suite 206
16                                         Seattle, WA 98109
                                           Phone: 206-957-9669
17                                         Email: bob@christielawgroup.com
                                           Attorney for Defendant
18

19 / / /

20 / / /

21 / / /

DEFENDANTS' REPLY IN SUPPORT OF MOTION
TO QUASH DEPOSITION SUBPOENA AND
SUBPOENA FOR PRODUCTION OF
DOCUMENTS - 4
(Case No. 2:20-cv-01578-MJP)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

|   |   |
|---|---|
| 1 | TURNER PADGET GRAHAM & LANEY P.A. |
| 2 | By    */s/ Richard S. Dukes, Jr.* |
|   | Richard S. Dukes, Jr., (*pending pro hac vice*) |
| 3 | 40 Calhoun Street, Suite 200 (29401) |
|   | P.O. Box 22129 |
| 4 | Charleston, South Carolina 29413 |
|   | Telephone: (843) 576-2810 |
| 5 | Facsimile: (843) 577-1646 |
|   | Email:  rdukes@turnerpadet.com |
| 6 | Attorney for Defendant |

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO QUASH DEPOSITION SUBPOENA AND SUBPOENA FOR PRODUCTION OF DOCUMENTS - 5
(Case No. 2:20-cv-01578-MJP)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system when will send notification of such filing to the following:

J.D. Smith, WSBA #28246
LAW OFFICE OF J.D. SMITH, PLLC
8015 SE 28th St., Suite 212
Mercer Island, WA 98040
Phone: 206-588-8529
Fax: 206-588-8531
Email: JD@JDSmithLaw.com
*Attorney for Plaintiff*

I hereby certify that on the 30th day of October, I sent via electronic mail the foregoing document to the following non CM/ECF participants:

Mark A. Tate
TATE LAW GROUP, LLC
25 Bull Street, 2nd Floor
Savannah, GA 31401
Phone: 234-3030
Email: marktate@tatelawgroup.com
*Attorney for Plaintiff*

Charles Henshaw, Jr.
FURR & HENSHAW
1900 N. Oak Street
Myrtle Beach, SC 29578
Phone: 843-626-7621
Email: Charles.henshaw@fholaw.com
*Attorney for Plaintiff*

CHRISTIE LAW GROUP, PLLC

By     /s/ Robert L. Christie
    ROBERT L. CHRISTIE, WSBA #10895
    2100 Westlake Avenue N., Suite 206
    Seattle, WA 98109
    Phone: 206-957-9669
    Email: bob@christielawgroup.com

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO QUASH DEPOSITION SUBPOENA AND SUBPOENA FOR PRODUCTION OF DOCUMENTS - 6
(Case No. 2:20-cv-01578-MJP)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669