IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

REGARDING:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CIVIL ACTION NO.: 2:18-CV-02003-DCN

| | |
|---|---|
| Chris Templeton,<br><br>                Plaintiff,<br>vs.<br><br>The Bishop of Charleston, a Corporation Sole,<br><br>                Defendant. | **DECLARATION OF REV. TIMOTHY J. WATTERS** |

I, Rev. Timothy J. Watters declare as follows:

1. I am over the age of 18 and have personal knowledge of the matters herein.

2. I am a retired priest of the Diocese of Charleston, South Carolina.

3. I served as *Advocate* and later *Officialis* of the Diocesan Tribunal, which is the ecclesiastical court for the Diocese.

4. I have no information regarding the accusations against Fr. DuMouchel, nor do I have any information regarding Chris Templeton and his claims.

5. I have no information regarding Wayland Yoder Brown's criminal activities, nor do I have any information regarding Chris Templeton and his claims. I met Wayland Brown briefly in 1977 when I was visiting St. Joseph's Parish in Charleston. Wayland Brown was visiting Rev. Thomas Evatt and Rev. Christopher Lathem, both of whom resided at St. Joseph's. I recall him only because he used sexual innuendo as a form of humor, which was unusual for a priest.

6. I am not aware of any canonical or ecclesiastical proceeding regarding Fr. DuMouchel or Wayland Brown during the years I was appointed to the Diocesan Tribunal.

7. I possess no documents requested by the Plaintiff in the subpoena.

8. I have no idea who Janet Warren is, and have no information regarding her.

9. I have had no communication with Dawes Cooke.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[Signature]*

October 29, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system when will send notification of such filing to the following:

J.D. Smith, WSBA #28246
LAW OFFICE OF J.D. SMITH, PLLC
8015 SE 28th St., Suite 212
Mercer Island, WA 98040
Phone: 206-588-8529
Fax: 206-588-8531
Email: JD@JDSmithLaw.com
*Attorney for Plaintiff*

I hereby certify that on the 30th day of October, 2020, I sent via electronic mail the foregoing document to the following non CM/ECF participants:

Mark A. Tate
TATE LAW GROUP, LLC
25 Bull Street, 2nd Floor
Savannah, GA 31401
Phone: 234-3030
Email: marktate@tatelawgroup.com
*Attorney for Plaintiff*

Charles Henshaw, Jr.
FURR & HENSHAW
1900 N. Oak Street
Myrtle Beach, SC 29578
Phone: 843-626-7621
Email: Charles.henshaw@fholaw.com
*Attorney for Plaintiff*

CHRISTIE LAW GROUP, PLLC

By  /s/ Robert L. Christie
ROBERT L. CHRISTIE, WSBA #10895
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Email: bob@christielawgroup.com

DECLARATION OF REV. TIMOTHY J. WATTERS
(Case No. 2:20-cv-01578-MJP)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669