UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS TEMPLETON,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE BISHOP OF CHARLESTON, a Corporation Sole,<br><br>　　　　　　　　　Defendant. | NO. 2:20-cv-01578-MJP<br><br>DEFENDANT'S MOTION TO STRIKE SURREPLY FILED BY PLAINTIFF<br><br>**Noted for Consideration:**<br>**November 27, 2020** |

On November 6, 2020, Plaintiff filed a surreply in this matter [Docket Entry 8]. Plaintiff did not comply with LCR 7(g) prior to filing the document, nor does the filing comply with the rule. For that reason, Plaintiff's surreply should be stricken from the record.

/ / /

/ / /

/ / /

DEFENDANTS' MOTION TO STRIKE SURREPLY
(Case No. 2:20-cv-01578-MJP)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  DATED this 9th day of November, 2020.

2  CHRISTIE LAW GROUP, PLLC

3  By  */s/ Robert L. Christie*
   ROBERT L. CHRISTIE, WSBA #10895
4  2100 Westlake Avenue N., Suite 206
   Seattle, WA 98109
5  Phone: 206-957-9669
   Email: bob@christielawgroup.com
6  Attorney for Defendant

7
   TURNER PADGET GRAHAM & LANEY P.A.
8
   By  */s/ Richard S. Dukes, Jr.*
9  Richard S. Dukes, Jr., (*pending pro hac vice*)
   40 Calhoun Street, Suite 200 (29401)
10 P.O. Box 22129
   Charleston, South Carolina 29413
11 Telephone: (843) 576-2810
   Facsimile: (843) 577-1646
12 Email:  rdukes@turnerpadet.com
   Attorney for Defendant

13

14

15

16

17

18

19

20

21

DEFENDANTS' MOTION TO STRIKE SURREPLY
(Case No. 2:20-cv-01578-MJP)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system when will send notification of such filing to the following:

Mark A. Tate
TATE LAW GROUP, LLC
25 Bull Street, 2nd Floor
Savannah, GA 31401
Phone: 234-3030
Email: marktate@tatelawgroup.com
*Attorney for Plaintiff*

Charles Henshaw, Jr.
FURR & HENSHAW
1900 N. Oak Street
Myrtle Beach, SC 29578
Phone: 843-626-7621
Email: Charles.henshaw@fholaw.com
*Attorney for Plaintiff*

CHRISTIE LAW GROUP, PLLC

By    */s/ Robert L. Christie*
ROBERT L. CHRISTIE, WSBA #10895
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Email: bob@christielawgroup.com

DEFENDANTS' MOTION TO STRIKE SURREPLY
(Case No. 2:20-cv-01578-MJP)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669