UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS TEMPLETON, | CASE NO. C20-1578 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BISHOP OF CHARLESTON, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Defendant filed a Motion to Strike. (Dkt. No. 9.) Stand-alone motions to strike are not permitted under the Local Rules. <u>See</u> Local Rule 7(g). No response shall be filed to Defendant's Motion to Strike and the motion shall be terminated.

The clerk is ordered to provide copies of this order to all counsel.

Filed November 16, 2020.

                William M. McCool
                Clerk of Court

MINUTE ORDER - 1

1
2      s/Paula McNabb
       Deputy Clerk
3
4
5
...
24

MINUTE ORDER - 2